831 F.2d 222
 Connie C. RESHARD and Leroy Reshard, Co-personal
Representatives of the Estate of Minnie Lee
Reshard on behalf of the Estate and
certain Survivors, Plaintiffs-Appellants,
v.
Dr. Earl BRITT, Dr. George Bonk, et al., Defendants-Appellees.
 No. 86-3641.
 United States Court of Appeals,
Eleventh Circuit.
 Oct. 6, 1987.
 
 Connie Reshard, pro se.
 Richard B. Collins, Collins, Dennis & Williams, Tallahassee, Fla., for Dr. Earl Britt.
 Richard Smoak, Sale, Brown & Smoak, Panama City, Fla., for Dr. George Bonk.
 P. Scott Mitchell, Fuller & Johnson, Tallahassee, Fla., for Dr. David Moore.
 William H. Davis, Wadsworth & Davis, Tallahassee, Fla., for Tallahassee Community Hosp.
 Appeal from the United States District Court for the Northern District of Florida; William Stafford, Chief Judge.
 
 
 1
 ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING IN BANC
 
 
 2
 (Opinion June 26, 1987, 11th Cir., 1987, 819 F.2d 1573)
 
 
 3
 Before RONEY, Chief Judge, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges*.
 
 BY THE COURT:
 
 4
 A member of this court in active service having requested a poll on the application for rehearing in banc and a majority of the judges of this court in active service having voted in favor of granting a rehearing in banc,
 
 
 5
 IT IS ORDERED that the above cause shall be reheard by this court in banc without oral argument on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of in banc briefs. The previous panel's opinion is hereby VACATED.
 
 
 
 *
 Senior U.S. Circuit Judge Elbert P. Tuttle has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. 46(c)